COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Albert W. SCHWABACHER, Respondent.

No. 9943.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1942.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

Willard L. Ellis, of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. May K. SCHWABACHER, Respondent.

No. 9942.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1942.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

Willard L. Ellis, of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

DIXIE GREYHOUND LINES, Inc., Appellant, v. H. C. MINGEE, Appellee.

No. 9070.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1942.

Shepherd, Owen & Heiskell, of Memphis, Tenn., for appellant.

Henry M. Hezel, of Memphis, Tenn., for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having come on for hearing on the transcript of record and the brief and argument of counsel for appellant, no brief having been filed on behalf of appellee, after due consideration by the court, it is hereby ordered, adjudged, and decreed that the judgment of the District Court, in favor of appellee, be and is hereby affirmed on the authority of Overnight Motor Transportation Co. v. Missel, 62 S. Ct. 1216, 86 L.Ed. ——, decided June 8, 1942.

James DOBRY, Petitioner, v. John W. DELEHANT, Judge of the District Court of the United States for the District of Nebraska.

No. 12315.

Circuit Court of Appeals, Eighth Circuit.

June 4, 1942.

James Dobry, pro se.

PER CURIAM.

Petition for appeal denied.